**MOT**
STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
JARED B. ANDERSON, ESQ.
Nevada Bar No. 9747
3216 W. Charleston Blvd., Ste. B
Las Vegas, NV 89102
(702) 258-3034

LAW OFFICE OF RODNEY K. OKANO
RODNEY K. OKANO, ESQ.
Nevada Bar No. 7852
2400 S. Cimarron, Ste. 130
Las Vegas, NV 89117

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ONICE TRAYLOR, individually;<br>JERRY TRAYLOR, individually;<br>JEREMY TRAYLOR, individually;<br><br>    Plaintiffs,<br><br>  vs.<br><br>KOHLS DEPARTMENT STORE, INC.,<br>a Foreign Corporation; DOES I-X; and<br>ROE CORPORATIONS; I-X, inclusive,<br><br>    Defendants. | Case No.:   2:09-cv-01073-HDM-LRL |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PROTECTION FOR THE DEPOSITION OF JENI KOSTELAC

PLEASE TAKE NOTICE that, Plaintiffs, by and through her counsel of record, Stovall & Associates and hereby withdraws their motion for Protection for the Deposition of Jeni Kostelac. The basis for Plaintiff's withdrawal of this Motion is Defendant's agreement to reschedule the

///

Page 1 of 3

1  deposition of Jeni Kostelac.

2     DATED this 27 day of August, 2010.

                                STOVALL & ASSOCIATES

                                /s/ Leslie Mark Stovall
                                LESLIE MARK STOVALL, ESQ.
                                Nevada Bar No. 2566
                                JARED B. ANDERSON, ESQ.
                                Nevada Bar No. 9747
                                3216 W. Charleston Blvd., Ste. B
                                Las Vegas, NV 89102
                                (702) 258-3034


**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 8-30-10

## CERTIFICATE OF MAILING

I hereby certify that on the 26th day of August, 2010, I faxed a copy of the foregoing **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PROTECTION** FOR THE DEPOSITION OF JENI KOSTELAC to the following:

Michael Federico, Esq.
OLSON, CANNON, GORMILEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Fax#: (702) 383-0701
Attorney for Defendant Kohls Department Store, Inc.

Josh Cole Aicklen, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: 893-3383
Fax: 893-3789
Attorney for Defendant

_____
An employee of the Stovall & Associates