1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10

11  ONICE TRAYLOR, JERRY TRAYLOR, and)        2:09-cv-01073-HDM-LRL
    JEREMY TRAYLOR,                  )
12                                   )
                     Plaintiffs,     )
13                                   )          ORDER
    vs.                              )
14                                   )
    KOHL'S DEPARTMENT STORE, INC.,   )
15                                   )
                     Defendant.      )
16  _____)

17       The defendant's motion to compel production of demonstrative

18  exhibits (#91) is granted in part and denied in part.  Any

19  demonstrative exhibits that either party expects to use at the

20  trial of this action shall be provided to the other party no less

21  than 10 days before trial.

22       **IT IS SO ORDERED.**

23       DATED: This 21st day of December, 2010.

24

25                              _____
                                UNITED STATES DISTRICT JUDGE
26

27

28