**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ONICE TRAYLOR, JERRY TRAYLOR, and JEREMY TRAYLOR,<br><br>        Plaintiffs,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORE, INC.,<br><br>        Defendant. | 2:09-cv-01073-HDM-LRL<br><br>ORDER |

Pursuant to the parties' stipulation (#112), the complaint and all related claims in the above-entitled action are hereby dismissed without prejudice with each party to bear their own attorney's fees and costs. This matter may only be reopened for the limited purpose of enforcing the parties' settlement. The trial set for January 18, 2011, is hereby vacated.

**IT IS SO ORDERED.**

DATED: This 13th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE